ORDERED.

Dated:  August 11, 2020

Catherine Peek McEwen
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re Plum Circle Community Trust,   Case No.: 20-bk-04249-CPM
                                     Chapter   11

    Debtor.
_____/

**ORDER GRANTING TRUSTEE MOTION AND
DIRECTING U.S. TRUSTEE TO APPOINT CHAPTER 11 TRUSTEE**

THIS CASE came on for evidentiary hearing on July 31, August 3, and August 7, 2020, for consideration of the "Creditors' Motion to Appoint Chapter 11 Trustee" (the "Trustee Motion") [Doc. 11], filed by SN Capital, LLC ("SN Capital") and Affordable Housing Investments LLC ("Affordable") on June 1, 2020.  The Trustee Motion is the subject of a responsive objection (the "Debtor Response") [Doc. 54], filed on July 7, 2020, by Plum Circle Community Trust (the "Debtor").

In the Trustee Motion SN Capital and Affordable (together, the "Movants") have sought the order of this Court under Bankruptcy Code §§1104(a)(1) and 1104(a)(2), directing the U.S. Trustee to appoint a chapter 11 trustee in this Reorganization.  In the Debtor Response, the Debtor has opposed the relief sought.  In addition to the Debtor and the Movants, parties participating in

these proceedings have included the U.S. Trustee, Joshua Craven/CRG Properties, Inc., and Caleb Walsh. Consideration in this Reorganization ran concurrently with similar relief requested in connection with a related reorganization pending before this Court, styled <u>In re Gainesville Road Community Trust</u>, Case No. 8:20-bk-03888.

This Court has considered the colloquy and argument of counsel, carefully reviewed the record, and has considered the testimony and exhibits presented at evidentiary hearing. In compliance with the requirements of Federal Rule of Civil Procedure 52, made applicable to this contested matter under Federal Rules of Bankruptcy Procedure 7052 and 9014(c), this Court has made findings of fact and conclusions of law, on the record, at the conclusion of proceedings on August 7, 2020. Accordingly, it is

**ORDERED, ADJUDGED, AND DECREED** as follows:

1. The Trustee Motion is granted.

2. The Debtor Response is overruled.

3. The U.S. Trustee is directed to appoint chapter 11 trustee in this Reorganization.

4. Pending appointment of a chapter 11 trustee in this Reorganization, the Debtor's existing management will continue to operate the Debtor pursuant to Bankruptcy Code §1107 and the orders of this Court, and shall maintain the books and records of the Debtor in the state in which they have existed without alteration.

Attorney, John A. Anthony, Esquire, is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.